1514

## RECONSIDERATION OF PRIOR DECISIONS

**2006-0275.   Ohio Academy of Nursing Homes v. Ohio Dept. of Job & Family Servs.**
Franklin App. No. 05AP–562, 164 Ohio App.3d 808, 2005-Ohio-6888. Reported at 114 Ohio St.3d 14, 2007-Ohio-2620, 867 N.E.2d 400. On motion for reconsideration. Motion denied.

> PFEIFER, LUNDBERG STRATTON and LANZINGER, JJ., dissent.

**2006-0768.   PNP, Inc. v. Ohio Dept. of Job & Family Servs.**
Franklin App. No. 04AP–1294, 2006-Ohio-1159. Reported at 114 Ohio St.3d 70, 2007-Ohio-2880, 868 N.E.2d 265. On motion for reconsideration. Motion denied.

> PFEIFER, LUNDBERG STRATTON and CUPP, JJ., dissent.

**2007-0372.   State v. Kramer.**
Portage App. No. 2006–P–0055, 2007-Ohio-467. Reported at 114 Ohio St.3d 1411, 2007-Ohio-2632, 867 N.E.2d 845. On motion for reconsideration. Motion denied.

**2007-0390.   Liberty Savings Bank v. Jones.**
Lucas App. No. L–06–1124, 2007-Ohio-198. Reported at 114 Ohio St.3d 1412, 2007-Ohio-2632, 867 N.E.2d 845. On motion for reconsideration. Motion denied.

**2007-0443.   Scheib v. Summit Cty. Child Support Enforcement Agency.**
Summit App. No. 23499. Reported at 114 Ohio St.3d 1425, 2007-Ohio-2904, 868 N.E.2d 679. On motion for reconsideration. Motion denied.

> O'CONNOR, J., not participating.

**2007-0471.   Franklin v. Bear.**
Richland App. No. 2006–CA–49, 2007-Ohio-385. Reported at 114 Ohio St.3d 1426, 2007-Ohio-2904, 868 N.E.2d 680. On motion for reconsideration. Motion denied.

> PFEIFER, J., dissents.

**2007-0481.   State ex rel. Dann v. Grand Tobacco.**
Franklin App. No. 05AP–213, 2007-Ohio-418. Reported at 114 Ohio St.3d 1426, 2007-Ohio-2904, 868 N.E.2d 680. On motion for reconsideration. Motion denied.

**2007-0508.   State v. Bailey.**
Medina App. No. 06CA0040–M, 2007-Ohio-455. Reported at 114 Ohio St.3d 1427, 2007-Ohio-2904, 868 N.E.2d 680. On motion for reconsideration. Motion granted and discretionary appeal accepted and held for the decision in 2006–1245 and 2006–1383, *State v. Payne,* Franklin App. No. 05AP–517, 2006-Ohio-2552, and briefing schedule stayed.

> PFEIFER, O'CONNOR and LANZINGER, JJ., dissent.